**ROBBINS LLP**
Brian J. Robbins
Craig W. Smith
Shane P. Sanders
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

**THE WEISER LAW FIRM, P.C.**
James M. Ficaro, Esq.
John J. Gross, Esq.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Telephone: (610) 225-2677
jficaro@weiserlawfirm.com
jgross@weiserlawfirm.com

Co-Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE THE TRADE DESK, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 2:25-cv-01712-CDS-DJA<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE CORRECTED PETITION**<br><br>[ECF No. 21] |

It is ordered that plaintiffs' motion for an extension of time to file a corrected petition for Brian J. Robbins **[ECF No. 21] is granted**. The deadline to file a corrected petition is extended to January 28, 2026.

Dated: January 5, 2026

_____
Cristina D. Silva
United States District Judge