John P. Aldrich, Esq.
Nevada Bar No. 6877
Catherine Hernandez, Esq.
Nevada Bar No. 8410
**ALDRICH LAW FIRM, LTD.**
7866 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 853-5490
Facsimile:  (702) 227-1975

## U.S. DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE THE TRADE DESK INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 2:25-cv-01712-CDS-DJA (Consolidated with Case No. 2:25-cv-01892-MMD-DJA) |

## <u>MOTION TO WITHDRAWAL COUNSEL</u>

Pursuant to Local Rule IA 11-6(b), attorney John J. Gross seeks the Court's permission to withdrawal as counsel for Plaintiff Cara Gardner ("Plaintiff"). Plaintiff will remain represented by James M. Ficaro of The Weiser Law Firm, P.C., who was admitted to practice before this Court *pro hac vice* on November 17, 2025 (ECF No. 14) and Nevada counsel John P. Aldrich of the Aldrich Law Firm, LTD.  Therefore, there is no risk of "delay of discovery, the trial, or any hearing in the case." Local Rule IA 11-6(e).

Plaintiff and counsel for Defendants have been notified of this request.

Dated this 20th day of January, 2026.

**ALDRICH LAW FIRM, LTD.**

/s/ John P. Aldrich
John P. Aldrich, Esq., #6877
Catherine Hernandez, Esq., #8410
7866 West Sahara Avenue
Las Vegas, Nevada 89117

**THE WEISER LAW FIRM, P.C.**
James M. Ficaro, Esq.
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428
Telephone: (610) 225-2677
jficaro@weiserlawfirm.com
jgross@weiserlawfirm.com

*Attorneys for Cara Gardner*

**ORDER**

IT IS SO ORDERED.

_____
 UNITED STATES MAGISTRATE JUDGE

DATED: _1/21/2026_____
CASE No. 2:25-cv-01712-CDS-DJA

-1-